UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC A. GUTOWSKI,

Defendant.

Case No. 26-CR-229

**Green Bay Division**

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 18, 2026, in the State and Eastern District of Wisconsin,

**ERIC A. GUTOWSKI,**

while on property under the charge and control of the United States Department of Veterans Affairs, namely, the Green Bay VA Health Care Center in Green Bay, Wisconsin, engaged in disorderly conduct by creating loud, boisterous, and unusual noise.

In violation of Title 38, Code of Federal Regulations, Sections 1.218(a)(5) and (b)(11).

Dated this 2nd day of November, 2026.

ALEXANDER E. DUROS
Assistant United States Attorney